UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZAALON D. GALES,

      Plaintiff,

    v.

TOYOTA MOTOR CREDIT
CORPORATION, et al.,

      Defendants.

Case No. 26-cv-00652-JST

**ORDER TO SHOW CAUSE RE:
FAILURE TO FILE OPPOSITION;
ORDER TO FILE PROOF OF
SERVICE; ORDER VACATING
MOTION HEARINGS**

Re: ECF Nos. 8, 11

Defendants Hamcor, Inc., dba Dublin Toyota; Toyota Motor Credit Corporation; and Wilmington Trust filed a motion to dismiss on February 25, 2026. ECF No. 8. The deadline to file an opposition has passed, and no opposition has been filed. Nor has Plaintiff Zaalon D. Gales filed the statement of nonopposition that is required when "the party against whom the motion is directed does not oppose the motion." Civil L.R. 7-3(b).

No later than April 6, 2026, Gales shall file either a written response showing cause as to why a timely opposition was not filed or a statement of nonopposition to the motion. This order does not constitute permission to file a late opposition.

The hearing currently set for May 7, 2026, is vacated. The Court will schedule a new hearing date, as well as reset Defendants' reply deadline, if necessary.

If Gales does not file a timely response to this order to show cause, the Court will dismiss this case for failure to prosecute and failure to comply with court orders under Rule 41(b) of the Federal Rules of Civil Procedure.

Defendant Ghada Audi has also filed a motion to dismiss. ECF No. 11. However, the docket does not contain any record that Audi served the motion on Gales, who is not registered for electronic filing. Audi shall file proof of service of her motion and supporting brief no later than

March 27, 2026.  The May 21, 2026 hearing on Audi's motion is vacated.  The Court will set a new briefing and hearing schedule, if necessary, following resolution of this order to show cause.

**IT IS SO ORDERED.**

Dated:  March 24, 2026



_____
JON S. TIGAR
United States District Judge