UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZAALON D. GALES,

        Plaintiff,

   v.

TOYOTA MOTOR CREDIT
CORPORATION, et al.,

        Defendants.

Case No. 26-cv-00652-JST

**ORDER DISMISSING CASE**

The Court issued an order to show cause to Plaintiff Zaalon D. Gales after he failed to file a response to the motion to dismiss filed by Defendants Hamcor, Inc., dba Dublin Toyota; Toyota Motor Credit Corporation; and Wilmington Trust.  ECF No. 14.  Gales was ordered to "file either a written response showing cause as to why a timely opposition was not filed or a statement of nonopposition to the motion" by April 6, 2026.  *Id.* at 1.

Gales timely filed a document in response to the order to show cause, but it does not address his failure to file an opposition.  Instead, it appears that Gales has no intention of filing an opposition to the motion or complying with other orders of the Court.  For example, his response states:

> i require that this matter be treated as a claim of trespass upon a case; and not limited or altered into a form that removes the substance of harm; . . .

> #4 i require that no filing be treated as default or non-opposition while a claim or trespass and harm is before the court; . . .

> #6 i require that the court address first the issue of trespass and harm before any procedural or administrative matters; . . .

> i state that the filing titled notice of non-opposition is an attempt to create procedural advantage while ignoring substantive violations of law and prior harm caused;

ECF No. 16 at 2, 3, 5.  He also titles the following as an "order," and signed it, "by: i: the man: zaalon d gales":

> upon review of the notices; claims; and documents submitted by i; the man: zaalon d gales;
>
> it is found that a claim of harm and trespass has been made regarding the taking of the property of i;
>
> it is found that the property of i was taken without verified proof of lawful authority being placed on the record prior to such taking;
>
> it is found that the men and women involved have proceeded without first establishing standing; chain of title; or authority to enforce;
>
> it is ordered that all actions affecting the property of i; including possession; control; transfer; or sale; shall cease immediately;
>
> it is ordered that the property of i be returned to i;
>
> it is further ordered that any man or woman claiming authority over the property of i produce verified proof of such authority; supported by sworn affidavit and admissible evidence;
>
> it is further ordered that statements of counsel shall not be treated as evidence;
>
> it is further ordered that the issue of harm and trespass shall be addressed prior to any procedural or administrative matters;
>
> any further action causing harm to i or the property of i shall constitute willful trespass; and shall subject the man or woman to full liability for damages;
>
> i state here; and will verify at open court; all herein to be true;

*Id.* at 8.

Plaintiff's response neither addresses the pending motions to dismiss[1] nor indicates any intent to oppose them.  Because Plaintiff has not filed a document that is responsive to the Court's order to show cause and has shown no interest in prosecuting the original case he has filed, the Court now dismisses this case under Rule 41(b) of the Federal Rules of Civil Procedure.

///

///

---

[1] Defendant Ghada Audi has also filed a motion to dismiss.  ECF No. 11.  The order to show cause did not address that motion because Audi had not yet served the motion on Plaintiff.

United States District Court
Northern District of California

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated:  April 9, 2026



JON S. TIGAR
United States District Judge